UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 08-10121-GAO

UNITED STATES OF AMERICA,

v.

ERNST APPOLON,
Defendant.

JURY VERDICT FORM

O'TOOLE, D.J.

## I. Conspiracy

As to COUNT 1 of the Amended Indictment, charging the defendant, Ernst Appolon, with conspiracy to commit wire fraud, in violation of 18 U.S.C. § 371, we, the jury, find the defendant:

_______ NOT GUILTY ___✓___ GUILTY

## II. Wire Fraud

As to COUNT 4 of the Amended Indictment, charging the defendant, Ernst Appolon, with wire fraud, in violation of 18 U.S.C. § 1343, we, the jury, find the defendant:

_______ NOT GUILTY ___✓___ GUILTY

As to COUNT 5 of the Amended Indictment, charging the defendant, Ernst Appolon, with wire fraud, in violation of 18 U.S.C. § 1343, we, the jury, find the defendant:

_______ NOT GUILTY ___✓___ GUILTY

As to COUNT 6 of the Amended Indictment, charging the defendant, Ernst Appolon, with wire fraud, in violation of 18 U.S.C. § 1343, we, the jury, find the defendant:

_______ NOT GUILTY ___✓___ GUILTY

As to COUNT 7 of the Amended Indictment, charging the defendant, Ernst Appolon, with wire fraud, in violation of 18 U.S.C. § 1343, we, the jury, find the defendant:

_______ NOT GUILTY ___✓___ GUILTY

As to COUNT 8 of the Amended Indictment, charging the defendant, Ernst Appolon, with wire fraud, in violation of 18 U.S.C. § 1343, we, the jury, find the defendant:

_______ NOT GUILTY ___✓___ GUILTY

As to COUNT 9 of the Amended Indictment, charging the defendant, Ernst Appolon, with wire fraud, in violation of 18 U.S.C. § 1343, we, the jury, find the defendant:

_______ NOT GUILTY ___√___ GUILTY

As to COUNT 10 of the Amended Indictment, charging the defendant, Ernst Appolon, with wire fraud, in violation of 18 U.S.C. § 1343, we, the jury, find the defendant:

_______ NOT GUILTY ___√___ GUILTY

As to COUNT 11 of the Amended Indictment, charging the defendant, Ernst Appolon, with wire fraud, in violation of 18 U.S.C. § 1343, we, the jury, find the defendant:

_______ NOT GUILTY ___√___ GUILTY

As to COUNT 12 of the Amended Indictment, charging the defendant, Ernst Appolon, with wire fraud, in violation of 18 U.S.C. § 1343, we, the jury, find the defendant:

_______ NOT GUILTY ___√___ GUILTY

As to COUNT 13 of the Amended Indictment, charging the defendant, Ernst Appolon, with wire fraud, in violation of 18 U.S.C. § 1343, we, the jury, find the defendant:

_______ NOT GUILTY ✓ GUILTY

As to COUNT 14 of the Amended Indictment, charging the defendant, Ernst Appolon, with wire fraud, in violation of 18 U.S.C. § 1343, we, the jury, find the defendant:

_______ NOT GUILTY ✓ GUILTY

As to COUNT 15 of the Amended Indictment, charging the defendant, Ernst Appolon, with wire fraud, in violation of 18 U.S.C. § 1343, we, the jury, find the defendant:

_______ NOT GUILTY ✓ GUILTY

As to COUNT 18 of the Amended Indictment, charging the defendant, Ernst Appolon, with wire fraud, in violation of 18 U.S.C. § 1343, we, the jury, find the defendant:

_______ NOT GUILTY ✓ GUILTY

As to COUNT 19 of the Amended Indictment, charging the defendant, Ernst Appolon, with wire fraud, in violation of 18 U.S.C. § 1343, we, the jury, find the defendant:

_______ NOT GUILTY ___√___ GUILTY

As to COUNT 20 of the Amended Indictment, charging the defendant, Ernst Appolon, with wire fraud, in violation of 18 U.S.C. § 1343, we, the jury, find the defendant:

_______ NOT GUILTY ___√___ GUILTY

As to COUNT 21 of the Amended Indictment, charging the defendant, Ernst Appolon, with wire fraud, in violation of 18 U.S.C. § 1343, we, the jury, find the defendant:

_______ NOT GUILTY ___√___ GUILTY

As to COUNT 22 of the Amended Indictment, charging the defendant, Ernst Appolon, with wire fraud, in violation of 18 U.S.C. § 1343, we, the jury, find the defendant:

_______ NOT GUILTY ___√___ GUILTY

As to COUNT 23 of the Amended Indictment, charging the defendant, Ernst Appolon, with wire fraud, in violation of 18 U.S.C. § 1343, we, the jury, find the defendant:

_______ NOT GUILTY ✓ GUILTY

As to COUNT 24 of the Amended Indictment, charging the defendant, Ernst Appolon, with wire fraud, in violation of 18 U.S.C. § 1343, we, the jury, find the defendant:

_______ NOT GUILTY ✓ GUILTY

As to COUNT 25 of the Amended Indictment, charging the defendant, Ernst Appolon, with wire fraud, in violation of 18 U.S.C. § 1343, we, the jury, find the defendant:

_______ NOT GUILTY ✓ GUILTY

As to COUNT 26 of the Amended Indictment, charging the defendant, Ernst Appolon, with wire fraud, in violation of 18 U.S.C. § 1343, we, the jury, find the defendant:

_______ NOT GUILTY ✓ GUILTY

As to COUNT 27 of the Amended Indictment, charging the defendant, Ernst Appolon, with wire fraud, in violation of 18 U.S.C. § 1343, we, the jury, find the defendant:

_______ NOT GUILTY ✓ GUILTY

As to COUNT 28 of the Amended Indictment, charging the defendant, Ernst Appolon, with wire fraud, in violation of 18 U.S.C. § 1343, we, the jury, find the defendant:

_______ NOT GUILTY ✓ GUILTY

As to COUNT 30 of the Amended Indictment, charging the defendant, Ernst Appolon, with wire fraud, in violation of 18 U.S.C. § 1343, we, the jury, find the defendant:

_______ NOT GUILTY ✓ GUILTY

As to COUNT 31 of the Amended Indictment, charging the defendant, Ernst Appolon, with wire fraud, in violation of 18 U.S.C. § 1343, we, the jury, find the defendant:

_______ NOT GUILTY ✓ GUILTY

As to COUNT 32 of the Amended Indictment, charging the defendant, Ernst Appolon, with wire fraud, in violation of 18 U.S.C. § 1343, we, the jury, find the defendant:

_______ NOT GUILTY ___√___ GUILTY

As to COUNT 33 of the Amended Indictment, charging the defendant, Ernst Appolon, with wire fraud, in violation of 18 U.S.C. § 1343, we, the jury, find the defendant:

_______ NOT GUILTY ___√___ GUILTY

As to COUNT 34 of the Amended Indictment, charging the defendant, Ernst Appolon, with wire fraud, in violation of 18 U.S.C. § 1343, we, the jury, find the defendant:

_______ NOT GUILTY ___√___ GUILTY

As to COUNT 35 of the Amended Indictment, charging the defendant, Ernst Appolon, with wire fraud, in violation of 18 U.S.C. § 1343, we, the jury, find the defendant:

_______ NOT GUILTY ___√___ GUILTY

As to COUNT 36 of the Amended Indictment, charging the defendant, Ernst Appolon, with wire fraud, in violation of 18 U.S.C. § 1343, we, the jury, find the defendant:

_______ NOT GUILTY ___√___ GUILTY

As to COUNT 37 of the Amended Indictment, charging the defendant, Ernst Appolon, with wire fraud, in violation of 18 U.S.C. § 1343, we, the jury, find the defendant:

_______ NOT GUILTY ___√___ GUILTY

As to COUNT 38 of the Amended Indictment, charging the defendant, Ernst Appolon, with wire fraud, in violation of 18 U.S.C. § 1343, we, the jury, find the defendant:

_______ NOT GUILTY ___√___ GUILTY

As to COUNT 39 of the Amended Indictment, charging the defendant, Ernst Appolon, with wire fraud, in violation of 18 U.S.C. § 1343, we, the jury, find the defendant:

_______ NOT GUILTY ___√___ GUILTY

As to COUNT 40 of the Amended Indictment, charging the defendant, Ernst Appolon, with wire fraud, in violation of 18 U.S.C. § 1343, we, the jury, find the defendant:

_______ NOT GUILTY ___✓___ GUILTY

The foregoing represents the unanimous decision of the jury.

June 2, 2010
DATE

[signature]
FOREMAN